UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10363**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL INDEMNITY COMPANY,  )
                            )
            Petitioner,     )
                            )   Civil Action No.
     - against -            )
                            )   **RULE 7.1(a) DISCLOSURE**
STONEWALL INSURANCE COMPANY, )  **STATEMENT**
                            )
            Respondent.     )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Petitioners, National Indemnity Company ("NICO"), certifies as follows:

1. NICO a non-governmental corporation.

2. NICO is 100% owned by Berkshire Hathaway Inc.

Dated: November 15, 2007
       New York, New York

By: _____

DEWEY & LEBOEUF LLP
John M. Nonna
Stephanie A. Wilkins
125 West 55th Street
New York, NY 10019
Phone: (212) 424-8000
Fax: (212) 424-8500

CLYDE & CO US LLP
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
Phone: (212) 710-3900
Fax: (212) 710-3950

*Attorneys for Petitioner National Indemnity Company*