# CADWALADER 

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

December 18, 2007

**BY HAND**

Hon. Richard J. Sullivan
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re:   National Indemnity Company v. Seaton Ins. Co., 07-CV-10349 (RJS)
      National Indemnity Company v. Stonewall Ins. Co., 07-CV-10363 (RJS)

Dear Judge Sullivan:

**MEMO ENDORSED**

We write in response to the request we received from Chambers this morning for a letter signed by both parties acknowledging that the proposed judgments are satisfactory to both parties. By this letter, jointly signed by us and John Nonna, Esq., of Dewey & LeBoeuf, counsel for National Indemnity Company, the parties each acknowledge that the judgments submitted to the Court on December 14, 2007 are acceptable.

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
        John F. Finnegan
Attorneys for Respondents

DEWEY & LEBOEUF LLP

By: _____
        John M. Nonna
Attorneys for Petitioner

SO ORDERED
Dated: 12/19/07
RICHARD J. SULLIVAN
U.S.D.J.

MICROFILMED JAN 0 4 2008

John F. Finnegan  Tel 212 504 6910  Fax 212 504 6666  john.finnegan@cwt.com
USActive 11319581.1